UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| MARICRUZ HERRERA LOPEZ, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>TAMMY WALKER, d/b/a )<br>AMERICAN MADE APPAREL )<br>)<br>*Defendant.* ) | Case No. 3:18-cv-170<br><br>Judge Mattice<br>Magistrate Judge Guyton |

## **JUDGMENT**

This case came before the Court on the Motion for Default Judgment as to Tammy Walker (Doc. 9). The Honorable Harry S. Mattice, United States District Judge, having granted the Motion,

It is hereby **ORDERED AND ADJUDGED** that Plaintiffs shall recover from Defendant Tammy Walker for violation of the Fair Labor Standards Act and Victims of Trafficking Protection Act the following amounts, plus post-judgment interest, attorneys' fees, and the costs of this action: Plaintiff Jose Luis Abad Alfonso in the amount of $5,097.02; Plaintiff Liliana Rivera Jacuinde in the amount of $5,962.50; Plaintiff Amalia Giron Cinto in the amount of $5,523.50; Plaintiff Paula Galindo San Pedro in the amount of $6,796; Plaintiff Marta Eusebio Hernandez in the amount of $6,134; Plaintiff Maria Morales Yanez in the amount of $6,515; and Plaintiff Maricruz Herrera Lopez in the amount of $17,426. This is a **FINAL JUDGMENT**. The case record will be closed.

Dated at *Chattanooga, Tennessee*, this 26th day of February, 2019.

/s/ *John Medearis*
John Medearis
CLERK OF COURT