UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| MARICRUZ HERRERA LOPEZ, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 3:18-cv-170 |
| v. ) | |
| ) | Judge Mattice |
| TAMMY WALKER, d/b/a ) | Magistrate Judge Guyton |
| AMERICAN MADE APPAREL ) | |
| ) | |
| *Defendant*. ) | |

## **ORDER**

Before the Court is Plaintiffs' Final Motion for Attorney Fees Clarification (Doc. 33), which asks the Court to clarify the dollar amount of the attorney's fees awarded to Plaintiffs pursuant to its February 26, 2019 Order (Doc. 30). As Plaintiffs note, Magistrate Judge Guyton's Report and Recommendation (Doc. 29) recommended Plaintiffs be awarded their attorney's fees as detailed in the Supplemental Affidavit of attorney Ben Houston (Doc. 28). The Supplemental Affidavit indicates Plaintiffs incurred attorneys' fees totaling $9,140. (Doc. 28). The Court adopted the Report and Recommendation in full and awarded Plaintiffs' their attorney's fees. (Doc. 30). However, neither the Judgment (Doc. 31) nor the Order (Doc. 30) included a dollar amount for the fee award. This omission was inadvertent.

Accordingly, pursuant to Federal Rule of Civil Procedure 60(a), the Final Motion for Attorney Fees Clarification (Doc. 33) is **GRANTED** and the Court's Order (Doc. 30) accepting and adopting the Report and Recommendation is hereby **AMENDED** to clarify that Plaintiffs are awarded their attorneys' fees in the amount of $9,140. An Amended Judgment will enter.

**SO ORDERED** this 16th day of April, 2019.

                                                            */s/ Harry S. Mattice, Jr.*
                                                            HARRY S. MATTICE, JR.
                                                 UNITED STATES DISTRICT JUDGE